IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

**CHARLES WILLIAM COX**           Civil File No. 12-cv-2277 CM/JPO

    Plaintiff,

vs.                                            NOTICE OF DISMISSAL
                                                                  WITH PREJUDICE

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**

    Defendant.

---

    **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                                  Respectfully submitted,

Dated: <u>June 28, 2012</u>                       By: <u>/s/ J. Mark Meinhardt</u>
                                                          J. Mark Meinhardt, # 20245
                                                           9400 Reeds Road, Suite 210
                                                           Overland Park, Kansas 66207
                                                           Telephone:    (913) 451-9797
                                                            Facsimile:     (913) 451-6163
                                                            Email:          <u>Mark@meinhardtlaw.com</u>
                                                            **ATTORNEY FOR PLAINTIFF**